# United States Bankruptcy Court
## Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# NOTICE OF TRANSFER OF CASE
# (INTER/INTRA DISTRICT TRANSFER)

| | |
|---|---|
| **DEBTOR(S) INFORMATION:**<br>Christopher Steve Gullett<br>**SSN:** xxx–xx–5475<br>**EIN:** N/A<br><br>1131 Bluesage Dr<br>San Marcos, CA 92078 | **BANKRUPTCY NO.** 6:15–bk–11179–SY<br>**CHAPTER** 7 |

This case 1:15–bk–10267–MT has been transferred to the Riverside division within our District and reassigned to Bankruptcy Judge Scott H. Yun for all further proceedings.

The new case number is 6:15–bk–11179–SY .

**Please use the new case number for all future matters regarding this case.**

Dated: February 10, 2015

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN–84                                                                **11 / EUD**